Name: DANIEL MILLIMACI
Number: BG 7725
10745 RT 18
ALBION, PA 16475-0002

Legal Mail

Office of the Court
United States District Court
Western District Court
17 South Park Row
Erie, PA 16501

INMATE MAIL
PA DEPT OF
CORRECTIONS



RECEIVED

SEP 2 2 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED

SEP 2 2 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA